JS 44 (Rev. 10/20)  **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
KATHY McCORD

**DEFENDANTS**
SOUTH MADISON COMMUNITY SCHOOL CORPORATION

(b) County of Residence of First Listed Plaintiff: Henry
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Madison
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
See attachment

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983

Brief description of cause:
Violation of free speech, free exercise of religion, and Indiana Religious Freedom Restoration Act

## VII. REQUESTED IN COMPLAINT:
DEMAND $
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: May 18, 2023
SIGNATURE OF ATTORNEY OF RECORD: s/ Joshua D. Hershberger

FOR OFFICE USE ONLY

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **KATHY McCORD**, *Plaintiff,* v. **SOUTH MADISON COMMUNITY SCHOOL CORPORATION**, *Defendant.* | No. 1:23-cv-866 **ATTACHMENT TO CIVIL COVER SHEET** |

## ATTORNEYS OF RECORD FOR PLAINTIFF

DAVID A. CORTMAN*
Georgia Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road N.E.,
  Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
dcortman@ADFlegal.org

JOSHUA D. HERSHBERGER
Indiana Bar No. 29679-39
HERSHBERGER LAW OFFICE
P.O. Box 233
Hanover, Indiana 47243
(812) 228-8783
josh@hlo.legal

KATHERINE L. ANDERSON*
Arizona Bar No. 33104
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
kanderson@ADFlegal.org

VINCENT M. WAGNER*
Virginia Bar No. 98663
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
vwagner@ADFlegal.org

*Applications for admission to the bar of this Court pending