UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHY MCCORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00866-RLY-CSW |
| | ) |
| SOUTH MADISON COMMUNITY SCHOOL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING JOINT MOTION
TO EXTEND DEADLINE TO COMPLETE FACT DISCOVERY**

Pursuant to Local Rule 16-1(f), the Parties have filed a Joint Motion to Extend Deadline to Complete Fact Discovery. (Dkt. No. 41). For good cause shown, that motion is **GRANTED**, and the deadline to complete non-expert witness discovery and discovery relating to liability issues is extended to **October 18, 2024**.

**SO ORDERED.**

Date:  August 13, 2024

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record.