UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHY McCORD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 1:23-cv-00866-RLY-CSW |
| SOUTH MADISON COMMUNITY SCHOOL CORPORATION, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING JOINT MOTION STIPULATION GOVERNING BRIEFING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**

The Parties, having filed their Joint Motion Stipulation Governing Briefing on Cross- Motions for Summary Judgment, and this Court being duly advised in the premises hereby **GRANTS** the same. (Dkt. No. 46).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that following schedule shall govern their cross-motions for summary judgement:

1. Plaintiff's Motion for Summary Judgment and Brief in Support shall be filed on or before **November 21, 2024;**

2. Defendant shall file its Brief in Support and Response in Opposition on or before **January 6, 2025;**

3. Plaintiff shall file her Reply in Support of Motion and Response in Opposition to Cross-Motion on or before **February 5, 2025**; and

4. Defendant shall file its Reply in Support of Cross-Motion on or before **February 19, 2025.**

All other deadlines remain the same.

**SO ORDERED.**

Date:  October 15, 2024

                                     Crystal S. Wildeman
                                     United States Magistrate Judge
                                     Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**