# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **KATHY McCORD**, *Plaintiff,* v. **SOUTH MADISON COMMUNITY SCHOOL CORPORATION**, *Defendant.* | No. 1:23-cv-00866-RLY-CSW |

## PLAINTIFF'S MOTION FOR ORAL ARGUMENT

Pursuant to Local Rule 7-5(a), Plaintiff Kathy McCord moves this Court for oral argument on her Motion for Partial Summary Judgment (Doc. 49), and Defendant's Cross-Motion for Summary Judgment (Doc. 58). Understanding that this Court's typical practice is not to hold oral argument on summary-judgment motions, *see* S.D. Ind. L.R. 56-1(j), Plaintiff believes that it would assist the Court in deciding the issues presented by these motions. They raise multiple, overlapping constitutional and statutory questions that implicate the interplay between the free-speech and free-exercise clauses of the First Amendment, along with Indiana's Religious Freedom Restoration Act. Because of the complexity of these legal questions, Plaintiff believes oral argument is warranted here. It would ensure that the Court is able to pose any questions it has after considering the parties' briefs.

Therefore, Plaintiff respectfully requests that the Court hear oral argument on her Motion for Partial Summary Judgment and Defendant's Cross-Motion for Summary Judgment. Plaintiff believes 30 minutes per side would be sufficient.

| | |
|---|---|
| Dated: February 5, 2025 | Respectfully submitted, |
| | /s/ *Vincent M. Wagner* |
| JOSHUA D. HERSHBERGER | NOEL W. STERETT |
| Indiana Bar No. 29679-39 | Illinois Bar No. 6292008 |
| HERSHBERGER LAW OFFICE | VINCENT M. WAGNER |
| P.O. Box 233 | Virginia Bar No. 98663 |
| Hanover, Indiana 47243 | LAURENCE J. WILKINSON |
| (812) 228-8783 | New York Bar No. 6148704 |
| josh@hlo.legal | ALLIANCE DEFENDING FREEDOM |
| | 44180 Riverside Parkway |
| KATHERINE L. ANDERSON | Lansdowne, Virginia 20001 |
| Arizona Bar No. 33104 | (571) 707 4655 |
| ALLIANCE DEFENDING FREEDOM | nsterett@ADFlegal.org |
| 15100 N. 90th Street | vwagner@ADFlegal.org |
| Scottsdale, Arizona 85260 | lwilkinson@ADFlegal.org |
| (480) 444-0020 | |
| kanderson@ADFlegal.org | |
| | |
| DAVID A. CORTMAN | |
| Georgia Bar No. 188810 | |
| ALLIANCE DEFENDING FREEDOM | |
| 1000 Hurricane Shoals Road N.E., Suite D1100 | |
| Lawrenceville, Georgia 30043 | |
| (770) 339-0774 | |
| dcortman@ADFlegal.org | |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

BRENT R. BORG
CHURCH CHURCH HITTLE & ANTRIM
10765 Lantern Road, Suite 201
Fishers, Indiana 46038
(317) 773-2190
bborg@cchalaw.com

ALEXANDER P. PINEGAR
LYNSEY F. DAVID
CASSIE N. HEEKE
CHURCH CHURCH HITTLE & ANTRIM
Two North Ninth Street
Noblesville, Indiana 46060
(317) 773-2190
apinegar@cchalaw.com
ldavid@cchalaw.com
cheeke@cchalaw.com

/s/ *Vincent M. Wagner*
Vincent M. Wagner
Virginia Bar No. 98663
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
(571) 707-4655
vwagner@ADFlegal.org

*Attorney for Plaintiff*