UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHY McCORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:23-cv-00866-RLY-MG |
| ) | |
| SOUTH MADISON COMMUNITY ) | |
| SCHOOL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR RECONSIDERATION

Defendant, South Madison Community School Corporation (the "School"), by counsel and pursuant to Federal Rule of Civil Procedure 59(e), respectfully request that the Court reconsider its August 15, 2025, Order, which denied summary judgment to the School on McCord's First Amendment free exercise claim and her claim under Indiana's Religious Freedom Reformation Act ("RFRA"). [Doc. 68]

The reasons for this Motion for relief under Rule 59(e) are detailed in the brief filed contemporaneously herewith.

WHEREFORE, the School respectfully requests that the Court reconsider its August 15, 2025, Order denying the School summary judgment. Once reconsidered, the School also respectfully requests that the Court grant summary judgment on all of McCord's claims and enter final judgment in its favor and against McCord, and for all other proper relief.

1

Respectfully submitted,

*/s/ Cassie N. Heeke*
Cassie N. Heeke, Atty. No. 36497-49
Alexander P. Pinegar, IN Atty. No. 26543-49
Lynsey F. David, Atty No. 32594-49
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth
Noblesville, Indiana 46060

Brent R. Borg, IN Atty. No. 27415-29
CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, Indiana 46038

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2025, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system.

Joshua D. Hershberger
Hershberger Law Office
P.O. Box 233
Hanover, IN 47243
josh@hlo.legal

Vincent M. Wagner
Laurence J. Wilkinson
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
vwagner@ADFlegal.org
lwilkinson@ADFlegal.org

Katherine L. Anderson
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
kanderson@ADFlegal.org

David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road N.E.,
Suite D1100
Lawrenceville, GA 30043
dcortman@ADFlegal.org

Haley Vrdolyak
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
hvrdolyak@adflegal.org

*Cassie N. Heeke*
Cassie N. Heeke

CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
T: (317)773-2190 / F: (317)773-5320
Email: CHeeke@cchalaw.com; APinegar@cchalaw.com; LDavid@cchalaw.com