UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHY MCCORD, | ) |
|        Plaintiff, | ) |
|        v. | ) No. 1:23-cv-00866-RLY-CSW |
| SOUTH MADISON COMMUNITY SCHOOL CORPORATION, | ) |
|        Defendant. | ) |

**SCHEDULING ORDER**

The court, upon Plaintiff's Motion for a Scheduling Conference (dkt. [74]), SETS this matter for a telephonic conference on **NOVEMBER 25, 2025 at 3:00 p.m. (Eastern)** before the Honorable Richard L. Young, Judge. The information needed to participate in this **telephonic** conference will be provided by a separate notification.

**SO ORDERED** this 3rd day of November 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record