UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHY MCCORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00866-RLY-CSW |
| | ) |
| SOUTH MADISON COMMUNITY SCHOOL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION ON SETTLEMENT CONFERENCE ATTENDANCE**

Plaintiff Kathy McCord has filed an unopposed motion seeking the Court's leave for Plaintiff's husband, Retired Judge David McCord, to attend the Settlement Conference scheduled before Magistrate Judge Wildeman on March 5, 2026. The *Motion* is **GRANTED**.

IT IS THEREFORE ORDERED that Plaintiff's husband, David McCord, is permitted to attend the settlement conference with Plaintiff.

**SO ORDERED.**

Dated: January 20, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record.