**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

**KATHY McCORD**,

*Plaintiff,*

v.

**SOUTH MADISON COMMUNITY
SCHOOL CORPORATION**,

*Defendant.*

No. 1:23-cv-00866-RLY-CSW

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Apr 14, 2026
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**JOINT STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kathy McCord and Defendant South Madison Community School Corporation hereby stipulate to dismiss this action with prejudice. Plaintiff's claims, including those for attorneys' fees and costs, have been resolved according to a settlement agreement.

Dated: April 13, 2026

Respectfully submitted,

/s/ *Cassie N. Heeke* [with permission]
CASSIE N. HEEKE
Indiana Bar No. 36497-49
CHURCH CHURCH HITTLE &
  ANTRIM
Two North Ninth Street
Noblesville, Indiana 46060
(317) 773-2190
cheeke@cchalaw.com

*Attorney for Defendant*

/s/ *Vincent M. Wagner*
VINCENT M. WAGNER
Virginia Bar No. 98663
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
vwagner@ADFlegal.org

*Attorney for Plaintiff*

*Additional counsel listed on following page*